UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-215 (ADM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Donta Terrell Stone Adams (1) and<br>Brandon Dante Brooks-Davis (2), | |
| Defendants. | |

This matter comes before the Court on the Defendant Donta Terrell Adams's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 28). Adams states that he has retained new counsel in this matter who requires additional time to review discovery and prepare for pretrial proceedings, and moves to extend all dates in the Arraignment Order (ECF No. 26) for a period of 30 days. Adams has also filed a Statement of Facts in Support of Request to Exclude Time Under the Speedy Trial Act (ECF No. 29). The Government does not object to the requested continuance.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Adams in a speedy trial and such continuance is necessary to provide Adams and his new counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources. **The exclusion of time and extension of all dates in the Arraignment Order (ECF No. 26) as ordered below shall apply to both Defendant Adams and Defendant Brandon Dante Brooks-Davis.**

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Adams's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 28) is **GRANTED**.

2. The period of time from **October 23, 2018 through January 3, 2019**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3. Defendants must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **November 19, 2018**. D. Minn. LR 12.1(a)(2).

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 27, 2018**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of U.S. Magistrate Judge Tony N. Leung.[2]

5. **Counsel shall electronically file a letter on or before November 27, 2018, if no motions will be filed and there is no need for hearing**.

6. All responses to motions shall be filed by **December 11, 2018**. D. Minn. LR 12.1(c)(2).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

[2] U.S. Mail or hand-deliver to 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

7. Any Notice of Intent to Call Witnesses shall be filed by **December 11, 2018**. D. Minn. LR. 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by **December 17, 2018**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The government makes timely disclosures and a Defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **January 3, 2019**, at **2:00 p.m.** in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

11. **TRIAL:**

   a. **IF NO PRETRIAL MOTIONS ARE FILED BY A DEFENDANT**, the following trial and trial-related dates are:

   All voir dire questions and jury instructions must be submitted to District Judge Ann D. Montgomery on or before **January 28, 2019**.

   This case must commence trial on **February 4, 2019** at **9:30 a.m.** before District Judge Ann D. Montgomery in **Courtroom 13W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Montgomery to confirm the new trial date.**

Dated: October 26, 2018                     *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Adams et al.*
Case No. 18-cr-215 (ADM/TNL)